UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                       )<br>                    Plaintiff,         )<br>                                                       )<br>         v.                                         )<br>                                                       )<br>ARTURO CORONEL,                   )<br>                                                       )<br>                    Defendant.     )<br>_____) | Criminal Case No. 97cr1259-IEG<br><br>ORDER OF DISMISSAL OF INDICTMENT<br>RECALL WARRANT; AND JUDGMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant ARTURO CORONEL, be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrant for ARTURO CORONEL be recalled and judgment entered.

**DATED:  March 16, 2012**

_____
**IRMA E. GONZALEZ**
**United States District Judge**

AWR:kaj

3/7/12